1 **VICTOR N. PIPPINS**
California State Bar No. 251953
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Victor_Pippins@fd.org

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   CASE NO. 08MJ1913
                                    )
11       Plaintiff,                 )
                                    )
12 v.                               )   **NOTICE OF APPEARANCE**
                                    )
13 JORGE ARMANDO SILVAS-PENA,       )
                                    )
14       Defendant.                 )
                                    )
15 _____ )

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 attorney in the above-captioned case.

20                                        Respectfully submitted,

22 Dated:  June 26, 2008              */s/ Victor N. Pippins*
                                       Federal Defenders of San Diego, Inc.
23                                     Attorneys for Defendant
                                       Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: June 26, 2008         /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Victor_Pippins@fd.org email